**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KAREN MARTWICK,

    Plaintiff,

vs.                                                              CASE NO. 6:08-CV-839-ORL-19GJK

MITEL NETWORKS, INC. and INTER-TEL
TECHNOLOGIES, INC.,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 32, filed May 1, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 32) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. No. 22, filed December 23, 2008) is **GRANTED.** Plaintiff's Request for Fairness Hearing (Doc. No. 31, filed April 9, 2009) is **DENIED AS MOOT.** This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___4th___ day of May, 2009.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record